

# NEW YORK STATE
# DEPARTMENT of
# FINANCIAL SERVICES

Andrew M. Cuomo
Governor

Maria T. Vullo
Acting Superintendent

STATE OF NEW YORK
Supreme Court, County of LIVINGSTON

LAW DIVISION
MAR 28 2016

Dacola Shores Properties, LLC

Plaintiff(s)

000799-2015

against

Erie Insurance Company

Defendant(s)

RE: Erie Insurance Company

Attorney for Plaintiff(s) and Defendant(s) please take notice as follows:

Attorney for Plaintiff(s) is hereby advised of acknowledgement of service upon this Department Summons with Notice in the above entitled action on March 21, 2016 at Albany, New York. The $ 40.00 fee is also acknowledged.

Original to Attorney for Plaintiff(s):

Raymond C. Stilwell, Esq.
4476 Main Street
Suite 120
Amherst, New York 14226

Persuant to the requirement of section 1212 of the Insurance Law, Defendant(s) is hereby notified of service as effected above. A copy of the paper is enclosed.

Duplicate to Defendant:

James J. Tanous, General Counsel
Erie Insurance Company
100 Erie Insurance Place
Erie, Pennsylvania 16530

*Jacqueline Catalfamo*

Jacqueline Catalfamo
Special Deputy Superintendent

Dated Albany, New York, March 22, 2016
568136

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF LIVINGSTON
-------------------------------------------------------------x

DACOLA SHORES PROPERTIES, LLC

Plaintiff/Petitioner,

- against -                                                                Index No. 000799-2015

ERIE INSURANCE COMPANY

Defendant/Respondent.
-------------------------------------------------------------x

## NOTICE OF COMMENCEMENT OF ACTION
## SUBJECT TO MANDATORY ELECTRONIC FILING

PLEASE TAKE NOTICE that the matter captioned above, which has been commenced by filing of the accompanying documents with the County Clerk, is subject to mandatory electronic filing pursuant to Section 202.5-bb of the Uniform Rules for the Trial Courts. This notice is being served as required by Subdivision (b) (3) of that Section.

The New York State Courts Electronic Filing System ("NYSCEF") is designed for the electronic filing of documents with the County Clerk and the court and for the electronic service of those documents, court documents, and court notices upon counsel and self-represented parties. Counsel and/or parties who do not notify the court of a claimed exemption (see below) as required by Section 202.5-bb(e) must immediately record their representation within the e-filed matter on the Consent/Represent page in NYSCEF. Failure to do so may result in an inability to receive electronic notice of document filings.

Exemptions from mandatory e-filing are limited to: 1) attorneys who certify in good faith that they lack the computer equipment or (along with all employees) the requisite knowledge to comply; and 2) self-represented parties who choose not to participate in e-filing. For additional information about electronic filing, including access to Section 202.5-bb, consult the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center (phone: 646-386-3033; e-mail: efile@nycourts.gov; mailing address: 60 Centre Street, New York, New York 10007).

Dated: March 18, 2016

_____ (Signature)         4476 Main Street, Suite 120 (Address)

RAYMOND C. STILWELL, ESQ (Name)        Amherst, New York 14226

_____ (Firm Name)         716-634-8307 _____ (Phone)

                                       _____ (E-Mail)

To:   ERIE INSURANCE CO.
      _____
      120 Corporate Woods
      _____
      Rochester, NY 14623

6/4/14

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF LIVINGSTON
------------------------------------------------------X

DACOLA SHORES PROPERTIES, LLC

                    Plaintiff(s),

- vs -

ERIE INSURANCE COMPANY

                    Defendant(s).
------------------------------------------------------X

**SUMMONS WITH NOTICE**

Index No.: 006799-2015

Date Index No. Purchased
11/25/15

To the Person(s) Named as Defendant(s) Above:

    PLEASE TAKE NOTICE THAT YOU ARE HEREBY SUMMONED to appear in this action by serving a notice of appearance on the Plaintiff(s) at the address set forth below within 20 days after the service of this Summons (not counting the day of service itself), or within 30 days after service is complete if the summons is not delivered personally to you within the State of New York.

    YOU ARE HEREBY NOTIFIED THAT should you fail to answer or appear, a judgment will be entered against you by default for the relief demanded below.

Dated: November 24, 2015

_[signature]_
Signature

Raymond C. Stilwell, Esq.
Print name

Address and Phone Number:

4476 Main Street, Suite 120
Amherst, New York 14226

( 716 ) 634 - 8307

Defendant's Address: 120 Corporate Woods, Rochester, New York 14623

Notice: The nature of this action is:

breach of contract with respect to payment of an insurance claim for a loss sustained by plaintiff on November 30, 2013 for water damage to plaintiff's property at 5693 Dacola Shores Road, Conesus, Livingston County, New York

The relief sought is:

money damages in the sum of Seventy-Three Thousand Five Hundred Twenty Eight and 12/100 Dollars ($73,528.12), together with damages for loss of use, interest from February 12, 2014 and together with the costs and disbursements of this action.

Should Defendant(s) fail to appear herein, judgment will be entered by default for the sum of $73,528.12_____, with interest from the date of February 12, 2014_____ and the costs of this action.

Venue: Plaintiff(s) designate(s) Livingston_____ County as the place of trial. The basis of this designation is (check one):
☐ Plaintiff(s) reside in _____ County.
☐ Defendant(s) reside in _____ County.
☒ Other (see CPLR Article 5): location of the subject premises _____