UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

DACOLA SHORES PROPERTIES, LLC,

                      Plaintiff,

vs.                               Docket No.: 6:16-cv-06263-MAT-JWF

ERIE INSURANCE COMPANY,

                      Defendant.

---

## **STIPULATION OF DISMISSAL**

WHEREAS, plaintiff and defendant have reached a settlement acceptable to both parties and

WHEREAS the plaintiff has executed a general release with a confidentiality provision;

NOW, THEREFORE, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties agree and stipulate that plaintiff's complaint shall be dismissed with prejudice and on the merits, that each party shall bear their own fees and costs in connection with

1

this action, and that the Clerk of the Court may file this Stipulation of Dismissal without providing further notice.

Dated: 2/22, 2017
Buffalo, New York

| | |
|---|---|
| **LAW OFFICES OF**<br>**RAYMOND C. STILWELL**<br><br>By: _____<br>Raymond C. Stilwell, Esq.<br>Attorneys for Plaintiff<br>Dacola Shores Properties, LLC<br>4476 Main Street, Suite 120<br>Amherst, New York 14226<br>Tel: (716) 634-9307<br>Email: rcstilwell@roadrunner.com | **RUPP BAASE PFALZGRAF**<br>**CUNNINGHAM LLC**<br><br>By: _____<br>Marco Cercone, Esq.<br>Thomas D. Lyons, Esq.<br>Attorneys for Defendant<br>Erie Insurance Company<br>1600 Liberty Building<br>Buffalo, New York 14202<br>Tel: (716) 854-3400<br>Email: cercone@ruppbaase.com<br>Email: lyons@ruppbaase.com |

**SO ORDERED**

s/ Michael A. Telesca
MICHAEL A. TELESCA
United States District Judge

2/27/17

2